**BURSOR & FISHER, P.A.**
L. Timothy Fisher*
Brittany S. Scott*
1990 N. California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
Email: ltfisher@bursor.com
        bscott@bursor.com

**BURSOR & FISHER, P.A.**
Sarah N. Westcot**
701 Brickell Ave., Suite 1420
Miami, FL 33131
Telephone: (305) 330-5512
Facsimile:  (305) 676-9006
Email: swestcot@bursor.com

**THOMPSON LAW GROUP, PLLC**
Jason S. Thompson, ISB #8985
350 N. Ninth Street, Suite 500
Boise, ID 83702
Telephone: (208) 342-7880
Facsimile:  (208) 947-2424
Email: jason@gtidaholaw.com

*Pro Hac Vice*
**Pro Hac Vice Forthcoming*

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| BENJAMIN BIRDSALL, individually and on behalf of all others similarly situated,<br><br>              Plaintiff,<br><br>       v.<br><br>BRIGHAM YOUNG UNIVERSITY – IDAHO, INC.,<br><br>              Defendant. | Civil Action No.: 20-cv-00270-CWD<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Federal Rule of Civil Procedure 41(a)(1)(A)(i) provides that "the plaintiff may dismiss an action without a court order by filing … a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment."  Accordingly, Plaintiff Benjamin Birdsall hereby dismisses, <u>without prejudice</u>, all claims against Defendant.  Each party shall bear its own costs.

Dated:  October 14, 2020                    Respectfully submitted,

                                            **BURSOR & FISHER, P.A.**

                                            By:   */s/ Brittany S. Scott*
                                                    Brittany S. Scott

                                            L. Timothy Fisher*
                                            Brittany S. Scott*
                                            1990 N. California Blvd., Suite 940
                                            Walnut Creek, CA 94596
                                            Telephone: (925) 300-4455
                                            Facsimile:  (925) 407-2700
                                            Email: ltfisher@bursor.com
                                                      bscott@bursor.com

                                            **BURSOR & FISHER, P.A.**
                                            Sarah N. Westcot**
                                            701 Brickell Ave., Suite 1420
                                            Miami, FL 33131
                                            Telephone: (305) 330-5512
                                            Facsimile:  (305) 676-9006
                                            Email: swestcot@bursor.com

                                            **THOMPSON LAW GROUP, PLLC**
                                            Jason S. Thompson, ISB #8985
                                            350 N. Ninth Street, Suite 500
                                            Boise, ID 83702
                                            Telephone: (208) 342-7880
                                            Facsimile:  (208) 947-2424
                                            Email: jason@gtidaholaw.com

                                            *Pro Hac Vice*
                                            **Pro Hac Vice Forthcoming*

                                            *Attorneys for Plaintiff*

1

**CERTIFICATE OF SERVICE**

I hereby certify that on October 14, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

　　　　　　　　　　　　　　　　　　　　 /s/ Brittany S. Scott
　　　　　　　　　　　　　　　　　　　　Brittany S. Scott